**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| HALEH MERRIKH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:13-cv-209 |
| ) | |
| AMERICAN HOME MORTGAGE ASSETS TRUST ) | |
| 2006-3; and SURETY TRUSTEES, LLC, ) | |
| ) | |
| Defendants. ) | |

## Local Rule 7.1 Disclosure Statement

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Citibank, N.A., as Trustee for American Home Mortgage Assets Trust 2006-3, misnamed as American Home Mortgage Assets Trust 2006-3 ("Citibank, as Trustee"), in the above captioned action certifies that the following are parents, trusts, subsidiaries and/or affiliates of Citibank, N.A., that have issued stock or debt securities to the public or own more than ten percent of its stock:

1. Citigroup, Inc.;

2. Certain affiliates, using the "Citi" name.

Dated: February 14, 2013		Respectfully submitted,


					WEINER BRODSKY KIDER PC


			By:	  /s/  Michael Y. Kieval
				Michael Y. Kieval (VSB # 71142)
				Tessa K. Somers (VSB # 84477)
				1300 Nineteenth Street, NW, Fifth Floor
				Washington, DC  20036
				Tel: (202) 628-2000
				Fax: (202) 628-2011
				Email: kieval@thewbkfirm.com
				Email: somers@thewbkfirm.com

				*Counsel for Defendant Citibank, N.A., as Trustee*

# CERTIFICATE OF SERVICE

I hereby certify that, on this 14th day of February, 2013, a copy of the foregoing Local Rule 7.1 Disclosure Statement was filed by ECF, which will cause service to be effected electronically upon all counsel of record. Service was also made by U.S. Mail, first class, upon the following:

Abby K. Moynihan, Esq.
McCabe, Weisberg & Conway, LLC
Suite 800
312 Marshall Ave.
Laurel, MD 20707
AMoynihan@mwe-law.com

*Counsel for Defendant Surety Trustees, LLC*

    /s/ Michael Y. Kieval
Michael Y. Kieval (VSB # 71142)
WEINER BRODSKY KIDER PC
1300 Nineteenth Street, NW, Fifth Floor
Washington, DC 20036
Tel: (202) 628-2000
Fax: (202) 628-2011
Email: kieval@thewbkfirm.com