IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| HALEH MERRIKH, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:13-cv-209 |
| AMERICAN HOME MORTGAGE ASSETS TRUST 2006-3; and SURETY TRUSTEES, LLC, | ) |
| Defendants. | ) |

## NOTICE OF FILING OF EXHIBITS TO THE COMPLAINT

Please take notice that Defendant Citibank, N.A., as Trustee for American Home Mortgage Assets Trust 2006-3 ("Citibank, as Trustee"), is filing herewith copies of the Exhibits to the Complaint, for the convenience of the Court and of the Parties. The exhibits were recently obtained from Plaintiff and are listed in the Complaint. Citibank, as Trustee is informed and believes that they were filed with the Complaint in state court, and Citibank, as Trustee did not have them in its possession when it filed the Notice of Removal. By filing these exhibits, Citibank, as Trustee, does not adopt or consent, and explicitly reserves all objections to them.

Dated: March 6, 2013

Respectfully submitted,

WEINER BRODSKY KIDER PC

By:  /s/ Michael Y. Kieval
Michael Y. Kieval (VSB # 71142)
Tessa K. Somers (VSB # 84477)
1300 Nineteenth Street, NW, Fifth Floor
Washington, DC  20036
Tel: (202) 628-2000; Fax: (202) 628-2011
kieval@thewbkfirm.com; somers@thewbkfirm.com
***Counsel for Defendant Citibank, N.A., as Trustee***

## CERTIFICATE OF SERVICE

I hereby certify that, on this 6th day of March, 2013, I am filing the foregoing Notice of Filing, with exhibits, by ECF, which will cause electronic service to be effected on all counsel of record.

    /s/ Michael Y. Kieval
Michael Y. Kieval (VSB # 71142)
WEINER BRODSKY KIDER PC
1300 Nineteenth Street, NW, Fifth Floor
Washington, DC  20036
Tel: (202) 628-2000
Fax: (202) 628-2011
Email: kieval@thewbkfirm.com